15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS   JUDGE GRADY
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE COLE<br>13 CR 0407 |
| v. | |
| HARVEY DAVIS | Violation: Title 21, United States Code, Section 841(a)(1) |

**UNDER SEAL**

The SPECIAL AUGUST 2012 GRAND JURY charges:

On or about November 3, 2010, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

HARVEY DAVIS,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

**FILED**

MAY 1 4 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT